UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| MELODY SMITH-EL | CIVIL ACTION NO. 16-1310 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| STATE OF LOUISIANA, ET AL | MAGISTRATE JUDGE HORNSBY |

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that this matter is remanded to the First Judicial District Court, Caddo Parish, Louisiana, where the matter was pending as Case No. 325,957, due to a lack of subject-matter jurisdiction.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, on this the 3rd day of May, 2016.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE